UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                              Case No. 22-19554-RAM

HECTOR GRASS, JR.,                                  Chapter 7

      Debtor.
_____/

**NOTICE OF FILING OF CERTIFICATE OF COMPLETION OF CREDIT COUNSELING FROM NON-PROFIT BUDGET AND CREDIT COUNSELING AGENCY <u>AS REQUIRED BY 11 U.S.C. §§ 109(h) AND 521(b)(1)</u>**

HECTOR GRASS, JR., by undersigned counsel, hereby files his Certificate of Completion of Credit Counseling from Non-Profit Budget and Credit Counseling Agency, as required by 11 U.S.C. §§ 109(h) and 521(b)(1).

Dated: December 15, 2022.

                                                            LSS Law
                                                            Attorneys for the Debtor
                                                            2699 Stirling Rd # C401
                                                           Fort Lauderdale, FL 33312
                                                           Telephone: (954) 920-5355
                                                           Facsimile: (954) 920-5371

                                                           By:_____/s/_____
                                                              JONATHAN S. LEIDERMAN
                                                              Florida Bar No. 0027022
                                                              jsl@lss.law

Certificate Number: 02645-FLS-CC-036692782



02645-FLS-CC-036692782

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 18, 2022, at 5:19 o'clock PM EDT, Hector Grass received from 123 Credit Counselors, Inc, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   July 18, 2022                By:    /s/Mildred Jimenez

                                     Name:  Mildred Jimenez

                                     Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).