# United States Bankruptcy Court
## Southern District of Florida

In re  **Hector Grass, Jr.** _____

_____ Case No. _____
Debtor(s)   Chapter  **7** _____

### DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☑ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.)

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

---

**CERTIFICATION**

   I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**December 15, 2022** _____
*Date*

**/s/ Jonathan S. Leiderman** _____
**Jonathan S. Leiderman 0027022**
*Signature of Attorney*
**LSS Law**
**2699 Stirling Rd # C401**
**Fort Lauderdale, FL 33312**
**(954) 920-5355   Fax: (954) 920-5371**
**jsl@lss.law** _____
*Name of law firm*

---

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|-----|------|-------|-------|-----------|-----|
| S0K | 040705 | 100030 | | 0000430524 | 1 |

# Earnings Statement

**ADP**

CONSOR ENGINEERS LLC
14142 DENVER WEST PKWY
BLDG 51, SUITE 250 PAYROLL
LAKEWOOD, CO 80401

| Period Beginning: | 10/08/2022 |
|---|---|
| Period Ending: | 10/21/2022 |
| Pay Date: | 10/28/2022 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal: Standard Withholding  Table

HECTOR  GRASS
6110  NORTHWEST  114TH  STREET
HIALEAH  FL  33012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 80.00 | 1,680.00 | 32,791.50 |
| Overtime | 31.5000 | 4.00 | 126.00 | 4,142.25 |
| Car Use | | | 30.00 | 660.00 |
| Phone Allowan | | | 34.62 | |
| FLOAT HOLID | | | | 168.00 |
| Holiday | | | | 840.00 |
| Pto | | | | 3,160.50 |
| **Gross Pay** | | | **$1,870.62** | 42,523.89 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Consor Pto | 130.58 | |
| 401K Match | 73.62 | 1,674.45 |
| 401K Max Elig/C | 1,840.62 | |
| Totl Hrs Worked | 84.00 | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -143.55 | 3,381.03 | |
| Social Security Tax | -115.98 | 2,636.48 | |
| Medicare Tax | -27.13 | 616.60 | |
| **Other** | | | |
| Car Use | -30.00 | | |
| 401K | -110.44* | 2,511.88 | |
| PPE Allowance | -100.00 | | |
| **Net Pay** | **$1,443.52** | | |
| Check1 | -1,443.52 | | |
| **Net Check** | **$0.00** | | |

## Important Notes
COMPANY  PH#:+1  720 580 0579

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information
Taxable  Marital Status:
    FL:              Single
Exemptions/Allowances:
    FL:              No State Income Tax

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,760.18

© 2000 ADP, Inc.

CONSOR ENGINEERS LLC
14142 DENVER WEST PKWY
BLDG 51, SUITE 250 PAYROLL
LAKEWOOD, CO 80401

| Advice number: | 00000430524 |
|---|---|
| Pay date: | 10/28/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| HECTOR  GRASS | xxxxxx8352 | xxxx xxxx | $1,443.52 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 073 |
|-----|------|-------|-------|-----------|-----|
| S0K | 040705 | 100030 | | 0000450532 | 1 |

# Earnings Statement

CONSOR  ENGINEERS  LLC
14142  DENVER  WEST  PKWY
BLDG  51,  SUITE  250  PAYROLL
LAKEWOOD,   CO  80401

| | |
|---|---|
| Period Beginning: | 10/22/2022 |
| Period Ending: | 11/04/2022 |
| Pay Date: | 11/10/2022 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal: Standard Withholding  Table

HECTOR  GRASS
6110  NORTHWEST  114TH  STREET
HIALEAH  FL  33012

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.0000 | 80.00 | 1,680.00 | 34,471.50 |
| Car Use | | | 30.00 | 690.00 |
| Phone Allowan | | | 34.62 | |
| Overtime | | | | 4,142.25 |
| FLOAT HOLID | | | | 168.00 |
| Holiday | | | | 840.00 |
| Pto | | | | 3,160.50 |
| **Gross Pay** | | | **$1,744.62** | 44,268.51 |

## Deductions

| Deductions | | this period | year to date |
|------------|---|-------------|--------------|
| **Statutory** | | | |
| Federal Income Tax | | -129.34 | 3,510.37 |
| Social Security Tax | | -108.17 | 2,744.65 |
| Medicare Tax | | -25.29 | 641.89 |
| **Other** | | | |
| Car Use | | -30.00 | |
| 401K | | -102.88* | 2,614.76 |
| PPE Allowance | | -100.00 | |
| **Net Pay** | | **$1,348.94** | |
| Check1 | | -1,348.94 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Consor Pto | 138.28 | |
| 401K Match | 68.58 | 1,743.03 |
| 401K Max Elig/C | 1,714.62 | |
| Totl Hrs Worked | 80.00 | |

## Important Notes
COMPANY  PH#:+1  720  580  0579

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information
Taxable Marital Status:
    FL:                Single
Exemptions/Allowances:
    FL:                No State Income  Tax

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,641.74

© 2000 ADP, Inc.

CONSOR ENGINEERS LLC
14142 DENVER WEST PKWY
BLDG 51, SUITE 250 PAYROLL
LAKEWOOD, CO 80401

| | |
|---|---|
| Advice number: | 00000450532 |
| Pay date: | 11/10/2022 |

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| HECTOR  GRASS | xxxxxx8352 | xxxx xxxx | $1,348.94 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 073 |
|---|---|---|---|---|---|
| S0K | 040705 | 100030 | | 0000470520 | 1 |

# Earnings Statement

**ADP**

CONSOR ENGINEERS LLC
14142 DENVER WEST PKWY
BLDG 51, SUITE 250 PAYROLL
LAKEWOOD,  CO 80401

| | |
|---|---|
| Period Beginning: | 11/05/2022 |
| Period Ending: | 11/18/2022 |
| Pay Date: | 11/25/2022 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
 Federal: Standard Withholding  Table

HECTOR  GRASS
6110  NORTHWEST  114TH  STREET
HIALEAH  FL 33012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 80.00 | 1,680.00 | 36,151.50 |
| Overtime | 31.5000 | 13.00 | 409.50 | 4,551.75 |
| Car Use | | | 30.00 | 720.00 |
| Phone Allowan | | | 34.62 | |
| FLOAT HOLID | | | | 168.00 |
| Holiday | | | | 840.00 |
| Pto | | | | 3,160.50 |
| **Gross Pay** | | | **$2,154.12** | 46,422.63 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Consor Pto | 145.98 | |
| 401K Match | 84.96 | 1,827.99 |
| 401K Max Elig/C | 2,124.12 | |
| Totl Hrs Worked | 93.00 | |

**Important Notes**
COMPANY  PH#:+1  720 580 0579

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -175.53 | 3,685.90 |
| | Social Security Tax | -133.55 | 2,878.20 |
| | Medicare Tax | -31.24 | 673.13 |
| | **Other** | | |
| | Car Use | -30.00 | |
| | 401K | -127.45* | 2,742.21 |
| | PPE Allowance | -100.00 | |
| | **Net Pay** | **$1,656.35** | |
| | Check1 | -1,656.35 | |
| | **Net Check** | **$0.00** | |

## Additional Tax Withholding Information
Taxable  Marital Status:
 FL:          Single
Exemptions/Allowances:
 FL:          No State Income Tax

* Excluded from federal taxable wages

 Your federal taxable wages this period are
 $2,026.67

© 2000 ADP, Inc.

CONSOR ENGINEERS LLC
14142 DENVER WEST PKWY
BLDG 51, SUITE 250 PAYROLL
LAKEWOOD, CO 80401

| | |
|---|---|
| Advice number: | 00000470520 |
| Pay date: | 11/25/2022 |



Deposited  to the account of

| | account number | transit ABA | amount |
|---|---|---|---|
| HECTOR  GRASS | xxxxxx8352 | xxxx xxxx | $1,656.35 |

**NON-NEGOTIABLE**

CO.   FILE   DEPT.   CLOCK   NUMBER   073
S0K   040705  100030          0000177116   1

# Earnings Statement



CONSOR ENGINEERS LLC
14142 DENVER WEST PKWY
BLDG 51, SUITE 250 PAYROLL
LAKEWOOD, CO 80401

| | |
|---|---|
| Period Beginning: | 11/19/2022 |
| Period Ending: | 12/02/2022 |
| Pay Date: | 12/09/2022 |

HECTOR GRASS
6110 NORTHWEST 114TH STREET
HIALEAH FL 33012

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.0000 | 72.00 | 1,512.00 | 37,663.50 |
| Overtime | 31.5000 | 18.50 | 582.75 | 5,134.50 |
| Car Use | | | 30.00 | 750.00 |
| Holiday | 21.0000 | 16.00 | 336.00 | 1,176.00 |
| Phone Allowan | | | 34.62 | |
| FLOAT HOLID | | | | 168.00 |
| Pto | | | | 3,160.50 |
| **Gross Pay** | | | **$2,495.37** | 48,918.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -238.28 | 3,924.18 | |
| | Social Security Tax | -154.72 | 3,032.92 | |
| | Medicare Tax | -36.18 | 709.31 | |
| | **Other** | | | |
| | Car Use | -30.00 | | |
| | 401K | -147.92* | 2,890.13 | |
| | PPE Allowance | -100.00 | | |
| | **Net Pay** | | **$1,888.27** | |
| | **Net Check** | | **$1,888.27** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Consor Pto | 161.38 | |
| 401K Match | 98.61 | 1,926.60 |
| 401K Max Elig/C | 2,465.37 | |
| Totl Hrs Worked | 90.50 | |

**Important Notes**
COMPANY PH#:+1 720 580 0579

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
    FL:              Single
Exemptions/Allowances:
    FL:              No State Income Tax

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,347.45

© 2000 ADP, Inc.

---

CONSOR ENGINEERS LLC
14142 DENVER WEST PKWY
BLDG 51, SUITE 250 PAYROLL
LAKEWOOD, CO 80401

S0K                                    90-477/1222
Payroll check number:  0000177116
Pay date:                12/09/2022

Pay to the
order of:    **HECTOR GRASS**

This amount:    ONE THOUSAND EIGHT HUNDRED EIGHTY EIGHT AND 27/100 DOLLARS          $1888.27

ASSISTANCE WITH VERIFICATION AVAILABLE 423-854-4231

THIS IS NOT A CHECK
VOID NON-NEGOTIABLE    VOID    NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

| CO. | FILE | DEPT. | CLOCK | NUMBER | 073 |
|-----|------|-------|-------|--------|-----|
| S0K | 040705 | 100030 | | 0000177117 | 2 |

# Earnings Statement

**ADP**

CONSOR  ENGINEERS  LLC
14142  DENVER  WEST  PKWY
BLDG  51, SUITE  250  PAYROLL
LAKEWOOD,  CO  80401

| Period Beginning: | 11/19/2022 |
|---|---|
| Period Ending: | 12/02/2022 |
| Pay Date: | 12/09/2022 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
    Federal:  Standard  Withholding  Table

HECTOR  GRASS
6110  NORTHWEST  114TH  STREET
HIALEAH  FL  33012

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| INCENTIVE | | | 300.00 | 300.00 |
| Regular | | | | 37,663.50 |
| Overtime | | | | 5,134.50 |
| Car Use | | | | 750.00 |
| FLOAT HOLID | | | | 168.00 |
| Holiday | | | | 1,176.00 |
| Pto | | | | 3,160.50 |
| **Gross Pay** | | | **$300.00** | 49,218.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Match | 12.00 | |
| 401K Max Elig/C | 300.00 | 1,938.60 |

### Important Notes
COMPANY  PH#:+1  720 580 0579

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.04 | 3,986.22 |
| | Social Security Tax | -18.60 | 3,051.52 |
| | Medicare Tax | -4.35 | 713.66 |
| | **Other** | | |
| | 401K | -18.00* | 2,908.13 |
| | PPE Allowance | | -100.00 |
| | **Net Pay** | | **$197.01** |
| | **Net Check** | | **$197.01** |

### Additional Tax Withholding Information
Taxable Marital Status:
  FL:    Single
Exemptions/Allowances:
  FL:    No State Income Tax

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $282.00

© 2000 ADP, Inc.

---

CONSOR ENGINEERS LLC
14142 DENVER WEST PKWY
BLDG 51, SUITE 250 PAYROLL
LAKEWOOD, CO 80401

| S0K | 90-477/1222 |
|---|---|
| **Payroll check number:** 0000177117 | |
| **Pay date:** 12/09/2022 | |

Pay to the
order of:   **HECTOR  GRASS**

This amount:  ONE HUNDRED NINETY SEVEN AND 01/100 DOLLARS        **$197.01**

ASSISTANCE  WITH VERIFICATION  AVAILABLE  AT 612-423-7890

VOID  NON-NEGOTIABLE   VOID  NON-NEGOTIABLE
VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
22893 Sandalfoot Plaza Dr
Boca Raton, FL 33428

THIS IS NOT A CHECK