Certificate Number: 00927-FLS-DE-037108696

Bankruptcy Case Number: 22-19554



00927-FLS-DE-037108696

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 15, 2023</u>, at <u>5:37</u> o'clock <u>PM EST</u>, <u>Hector Grass</u> completed a course on personal financial management given <u>by internet</u> by <u>247 Bankruptcy Class, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:   <u>January 15, 2023</u>          By:     <u>/s/ Al Duarte</u>

                                      Name:  <u>Al Duarte</u>

                                      Title:   <u>Certified Credit Counselor</u>