United States Bankruptcy Court

Southern District of Florida

In re:  
Hector Grass, Jr.  
    Debtor

Case No. 22-19554-RAM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 19, 2023      Form ID: CGFD65      Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hector Grass, Jr., 6110 NW 114 St, Hialeah, FL 33012-6577 |
| 96789095 | + | Western Surety Company, c/o CNA Surety, 151 N Franklin St, 17th Floor, Chicago, IL 60606-1915 |
| 96789096 | + | Westlake Flooring Company, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Jan 19 2023 23:11:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| 96789088 | + | Email/Text: fileroom@rubin-levin.net | Jan 19 2023 23:13:00 | Automotive Finance Corporation, c/o Rubin & Levin, P.C., 135 N Pennsylvania St # 1400, Indianapolis, IN 46204-2489 |
| 96789090 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 19 2023 23:12:00 | Department of the Treasury, Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 96789092 | + | Email/Text: bankruptcy@discoverdsc.com | Jan 19 2023 23:11:00 | NextGear Capital, Inc., c/o Michael G. Gibson, Esq., 1320 City Center Dr # 100, Carmel, IN 46032-3816 |
| 96789093 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 19 2023 23:17:32 | Wells Fargo Bank, N.A., 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 96789094 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 19 2023 23:17:32 | Wells Fargo Bank, N.A., PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96789089 | * | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96789091 | ##+ | H&E Auto Group Corp, 790 E 8 Ave, Hialeah, FL 33010-4614 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 113C-1                             User: admin                                  Page 2 of 2
Date Rcvd: Jan 19, 2023                          Form ID: CGFD65                              Total Noticed: 9

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023                      Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jonathan S Leiderman | on behalf of Debtor Hector Grass  Jr. jsl@lss.law, zbs@lss.law;info@lss.law;jleiderman@ecf.inforuptcy.com |
| Marcia T Dunn | mdunn@dunnlawpa.com  acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

CGFD65 (10/01/16)



**ORDERED in the Southern District of Florida on January 19, 2023**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22−19554−RAM

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Hector Grass Jr.
6110 NW 114 St
Hialeah, FL 33012−6577

SSN: xxx−xx−7890

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

    The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

*###*

    \* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*