

**ORDERED in the Southern District of Florida on January 25, 2023.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

   HECTOR GRASS, JR.,                           Case No.: 22-19554-RAM
                                                            Chapter 7

         Debtor.
_____/

**ORDER GRANTING *EX-PARTE* APPLICATION FOR APPROVAL OF**
**EMPLOYMENT OF MICHAEL P. DUNN AND DUNN LAW, P.A.,**
**AS COUNSEL TO MARCIA T. DUNN, CHAPTER 7 TRUSTEE**

     **THE MATTER** having come before the Court *ex-parte* upon the *Application for Approval of Employment of Michael P. Dunn and Dunn Law, P.A. as Counsel to Marcia T. Dunn, Chapter 7 Trustee* (the "Application") [D.E. 15] and the *Declaration of Michael P. Dunn in Support of the Application* (the "Declaration") attached to the Application as **Exhibit "A."** The Application requests entry of an order, approving the Trustee's employment of Dunn Law, P.A. to represent her as counsel in this Chapter 7 case.

     The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in

the Application is in the best interests of the Estate and the creditors. The Declaration makes relevant disclosures as required by Fed.R.Bankr.P. 2014 and Fed.R.Bankr.P. 2016. The Declaration contains a verified statement as required by Fed.R.Bankr.P. 2014 demonstrating that Michael P. Dunn and Dunn Law, P.A. are disinterested as required by 11 U.S.C. § 327(a). Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014(a), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is hereby

    **ORDERED** as follows:

    1.    The Application is **GRANTED**.

    2.    The employment of Dunn Law, P.A. as counsel to the Trustee in this Chapter 7 case is **APPROVED** pursuant to 11 U.S.C. § 327(a).

    3.    The Trustee is authorized to employ Michael P. Dunn, Esq. and Dunn Law, P.A. as attorneys for the Trustee on a general retainer pursuant to 11 U.S.C. §§ 327 and 330.

    4.    Dunn Law, P.A. shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Trustee. Dunn Law, P.A. will apply for compensation and reimbursement of costs.

    5.    This Court reserves jurisdiction over the parties and the subject matter to award and/or approve fees and expenses of said parties appointed herein, in accordance with the applicable statutes and procedures.

#     #     #

**Submitted by:**

Michael P. Dunn, Esq.
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400

Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

*Attorney Dunn is directed to serve a copy of this Order upon all interested parties, and to file a Certificate of Service with the Court.*