## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

HECTOR GRASS, JR.,                                            Case No.: 22-19554-RAM
                                                              Chapter 7
    Debtor.
_____/

### CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the *Order Granting Ex-Parte Application for Approval of Employment of Michael P. Dunn and Dunn Law, P.A. as Counsel to Marcia T. Dunn, Chapter 7 Trustee* [D.E. 16], was served by U.S. mail on this 30th day of January, 2023, upon the Debtor and scheduled secured creditors:

Hector Grass, Jr., *Debtor*                           *No scheduled secured creditors*
6110 NW 114 St
Hialeah, FL 33012-6577

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 30th day of January, 2023, upon all registered users in this case.

                                        **DUNN LAW, P.A.**
                                        *Counsel for Marcia T. Dunn, Trustee*
                                        66 West Flagler Street, Suite 400
                                        Miami, Florida 33130
                                        Tel: 786-433-3866
                                        Fax: 786-260-0269
                                        michael.dunn@dunnlawpa.com

By:    */s/ Michael P. Dunn*
            Michael P. Dunn, Esq.
            Florida Bar No. 100705