**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

   HECTOR GRASS, JR.,                        Case No.: 22-19554-RAM
                                                         Chapter 7

       Debtor.
_____/

**TRUSTEE'S NOTICE OF RULE 2004 EXAMINATION**
***DUCES TECUM* OF DEBTOR**

**PRODUCTION OF DOCUMENTS ONLY**

MARCIA T. DUNN, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Hector Grass, Jr. (the "Debtor"), by and through her undersigned counsel, pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1, will examine the Debtor (also referred to as the "Examinee"), under oath on **February 24, 2023, at 4:00 P.M.,** in care of the offices of Dunn Law, P.A., 66 West Flagler Street, Suite 400, Miami, Florida 33130.

The examination is being conducted pursuant to Fed.R.Bankr.P. 2004 and Local Rule 2004-1. The scope of the examination shall be as described in Fed.R.Bankr.P. 2004. Pursuant to Local Rule 2004-1, no order or subpoena shall be necessary, and to the extent that a request for production of documents under this rule may be construed as a request under Bankruptcy Rule 7034, the time to respond is shortened to fourteen (14) days.

**IN LIEU OF APPEARANCE**: The Examinee is requested to electronically produce all documents described on the attached **Exhibit "A"** on or before **February 24, 2023**, to paula.martinez@dunnlawpa.com, and rbasnueva@dunnlawpa.com. A Dropbox link will be provided to Examinee's counsel for the electronic production of responsive documents.

The Trustee reserves the right to conduct an oral examination of the Debtor.

1

2

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 8th day of February, 2023, upon the Debtor and scheduled secured creditors:

| | |
|---|---|
| Hector Grass, Jr., *Debtor*<br>6110 NW 114 Street<br>Hialeah, FL 33012 | ***No scheduled secured creditors*** |

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 8th day of February, 2023, upon all registered users in this case.

                                        **DUNN LAW, P.A.**
                                        *Counsel for Marcia T. Dunn, Trustee*
                                        66 West Flagler Street, Suite 400
                                        Miami, Florida 33130
                                        Tel: 786-433-3866
                                        Fax: 786-260-0269
                                        Paula.Martinez@dunnlawpa.com

                            By:      */s/ Paula A. Martinez*
                                          Paula A. Martinez, Esq.
                                          Florida Bar No. 1017901

# EXHIBIT "A"

## DEFINITIONS

Unless the context of a specific request requires otherwise, the following definitions and instructions shall apply to these requests:

A. "Debtor", "Examinee", "You" and "Your" shall mean Hector Grass, Jr.

B. "Petition Date" shall mean **December 15, 2022.**

C. "Case" or "instant cause" means the instant bankruptcy case, styled *In re: Hector Grass, Jr.* (Case No.: 22-19554-RAM) pending in the United States Bankruptcy Court, Southern District of Florida, Miami Division.

D. "Bank accounts" shall mean any checking, savings, certificates of deposit and other deposit accounts held by a financial institution, bank or credit union.

E. "Coronavirus (COVID-19) Relief" shall mean the Payroll Protection Program known as PPP, Economic Injury Disaster Loans known as EIDL, the Families First Coronavirus Response Act known as FFCRA, and The Coronavirus Aid, Relief, and Economic Security Act known as the CARES Act, and Small Business Administration ("SBA") relief.

F. "Creditor" shall mean any person or entity to whom the Debtor owes money or is due performance of any other contractual obligation.

G. "Communication" or "Communications" includes every manner of transmitting or receiving facts, information, opinions or thoughts (including, but not limited to: visually; orally; in writing; by digital, analog, electronic, magnetic, telephonic, or other mechanical means; or otherwise), including, without limitation, oral conversations, telephone calls, written correspondence, memoranda or notes, meetings document transmittals, facsimiles, emails or any other method by which information is transmitted.

H. "Concerning", "concern," or any other derivative thereof, as used herein shall be construed as referring to, responding to, relating to (as defined herein), pertaining to, connected with, comprising, memorializing, commenting on, regarding, discussing, showing, describing, reflecting, analyzing or constituting.

I. "Contract" or "contracts" shall mean (a) an agreement, oral or written, between two or more Persons which creates an obligation to do or not to do a particular thing, and (b) any document which serves as proof of the obligation, including, without limitation, any subcontract, insurance policy or other formal agreement, including exhibits, attachments, amendments (whether with or without effect), modifications (whether with or without effect), and addenda.

J. "Document", "documents", or "documentation" means the original or a copy of any tangible thing from or on which Information can be stored, recorded, processed, transmitted, inscribed, or memorialized in any way by any means, regardless of technology or form an including, but not being limited to: accounting books or records; accounts; account statements; affidavits; agendas;

agreements; analyses; applications; appointment books; appraisals; audio tapes; balance sheets; bordereaux; books; books or records of account; brochures; cables; calendars; catalogues; CD-ROMs; certificates; charts; circulars; compact discs; computer printouts; contracts; correspondence; data processing input and output; deeds; deposition transcripts; desk calendars; diaries; digital images; drafts; DVDs; DVD-ROMs; electrical recordings; electronically stored Information, e-mail communications; evaluations; Excel spreadsheets; experiments; faxes; facsimiles; films; financial statements; floppy disks; guides; guidelines; hard copies of electronic, electrical, magnetic or any other communications not made on paper; hard disk drives; hearing transcripts; income statements; instant messages; interoffice communications; journals; ledgers; letters; lists; logs; magazines; magazine articles; magnetic recordings, magnetic tapes; manuals; memoranda; microfilms; minutes; newspapers, newspaper articles; notations, notebooks; notes; objects; opinions; papers; photographs; policies; PowerPoint presentations; procedures; profit and loss statements, prospectuses; receipts; recordings; releases; reports; schedules; signature cards; sound recordings; spreadsheets; statements; statements of cash flow; statistical records; stock certificates; summaries of accounts; summaries; tables; tabulations; tangible things; telecommunications; telegrams; telefaxes; telex messages; tests; text messages; titles; transcripts; videos; videotapes; websites; work papers; and any other writings, be they typewritten, handwritten, printed, stored in or on any form of electronic or magnetic media, or otherwise, and other records, recordings or pictures of any kind or description. Each copy of a document which contains any separate notations or writings thereon shall be deemed to be a separate document for purposes of these requests. Any document identified will include any document, in draft or final form, either sent or received by You. This term also includes any documents now or ever in Your possession, custody or control, or available to You, Your attorneys, accountants, agents, representatives, employees, or associates, and specifically includes documents kept by individuals in their desks, at home, or elsewhere.

K.     "Documents" shall also mean all electronic data storage documents or electronically stored information ("ESI") including, but not limited to, e-mails and any related attachments, electronic files or other data compilations which relate to the categories of documents as requested below. Your search for these electronically stored documents shall include all of Your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software, and inactive or unused computer disc storage areas.

L.     "Information" shall be expansively construed and shall include, but not be limited to, facts, data, opinions, images, impressions, concepts and formulae.

M.     "Person" means any natural person, firm, partnership, joint venture, corporation, or group of natural persons or such entities.

N.     "Relating to," "related" or "relating" means, directly or indirectly, refer to, mention, describe, pertain to, arise out of or in connection with or in any way legally, logically, or factually connected with the matter discussed.

O.     When referring to a person, the term "Identify" shall mean to give, to the extent known, the person's full name, present or last known address, present of last known telephone number, present or last known e-mail address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the

identification of that person.

     P.     When referring to a document, the term "Identify" shall mean to state the type of document as defined herein, the subject matter thereof, the date thereof, by whom it was written or prepared, by whom it was signed, to whom it was sent, the present location (name and address of place) thereof, and the present custodian of the original or copies thereof, so that the document is described in sufficient enough detail that it could be subject to a request for production of documents under the applicable rules of civil procedure. If any such document was, but no longer is, in Your possession or subject to Your control, state the disposition of the document.

     Q.     When referring to a communication other than a document, the term "<u>Identify</u>" shall mean to describe the communication in such a manner that all the following Information is provided: (1) whether the communication took place in person, by telephone, via e-mail, or otherwise; (2) if by telephone, the identity of the person originating the call, the identity of the person receiving the call, the identity of all other persons participating in the communication, and the location of each of those persons at the time of the communication; and the identity of all other persons present within hearing of any party to the communication; (3) if by e-mail, the identity, including name and e-mail address, of the person originating the e-mail; the identity or identities, including name and e-mail address, of all recipients; both intended and unintended, and including persons to whom blind copies were sent, of the e-mail communication; the date and time of the communication; all replies to and forwards of the original communication; the subject of the e-mail communication; and the identity and physical location of the computer, network, or server from which the e-mail was sent; (4) in in Person, the identity of all persons present during the communication and the location of the communication; (5) the date and time of the communication; (6) to the best of Your recollection, what was said by each party to the communication; and (7) the identity of the custodian of any document that recorded, summarized, or concerned the communication.

     R.     The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of this discovery all responses that might otherwise be construed to be outside of its scope.

     S.     The words "any," "all" and "each" shall be construed as necessary to bring within the scope of this discovery request all responses that might otherwise be construed to be outside of its scope.

     T.     The use of the singular form of any word includes the plural and vice versa.

     U.     The use of the masculine form of any word includes the feminine form and the neuter form, and vice versa.

## **INSTRUCTIONS**

With respect to this request for documents, the following instructions shall apply:

     A.     This request for documents is continuing so as to require supplementary documents if additional information or documents hereafter are obtained or discovered which may augment or otherwise modify the information that You provide and documents that You produce. Supplementary documents are to be served within five (5) days after receipt or discovery of such information or documents.

B. Examinee is hereby notified that its duty to respond to this document request includes the duty to furnish all information, documents and materials which are in Your possession or available to You, including all those which can be obtained from additional sources or in the possession of Your agents, representatives, employees, investigators, attorneys, or anyone acting on their behalf or on Your behalf, pursuant to Fed.R.Bankr.P. 7036. If You are unable to locate any requested information or document after exercising due diligence to secure the requested document, so state.

C. In the event that any document requested herein is not presently in Your possession or subject to Your control, please identify each person You have reason to believe had or has knowledge of its contents.

D. If any document is not produced under a claim of privilege, for each such document identify the nature of the privilege (including work product) that is being claimed, indicate the document request to which the document is responsive, and provide the following information, unless divulgence of such information would cause disclosure of the allegedly privileged information: (1) the type of document, including the number of pages, and attachments or appendices; (2) the general subject matter of the document; (3) the date of the document; (4) all persons to whom the document was distributed, shown or explained; and (5) such other information as is sufficient to identify the document for a subpoena *duces tecum*, including, where appropriate, the author of the document, the addressee of the document, and, where not apparent, the relationship of the author and the addressee to each other.

E. In the event that any document called for has been destroyed, discarded, or otherwise disposed of, identify the document by stating its: (a) author or preparer; (b) addressee(s); (c) indicated or blind copies; (d) date; (e) subject matter; (f) number of pages; (g) attachments or appendices; (h) all Persons to whom it was distributed to or shown; (i) date of destruction of other disposition; (j) manner of destruction or other disposition; (k) reason for destruction or other disposition; (l) Person destroying or disposing of the document; and (m) the document request or requests to which the document is responsive.

F. In producing documents requested herein, You shall produce documents in full, without abridgment, abbreviation, and expurgation of any sort.

G. To the extent this request seeks production of ESI residing elsewhere other than, or in addition to, on back-up copies, such information should be produced in its Native Format on hard drive or other digital storage media that does not otherwise detract from the original format of the files, or that by default may exclude or somehow later any metadata associated with said files. The information produced should include any original or existing full file path, file or fold structure, or other source referencing data, and be fully inclusive of all supporting and underlying data, the absence of which would render the information incomplete or unusable. For purposes of this Instruction, the term "<u>Native Format</u>" shall mean the format that the data was original created in. This should include, but not limited to, information about the software that the data was created in, stored in, or was used, or is used to read, write, alter, modify, or in any way change or manipulate the data.

H. All archived data being produced in response to this Request should be provided with the means to view and export such data. Paper documents that are not otherwise contained, stored, or recoverable by electronic means should be provided either in paper format, or via a scanned image in a

.PDF or .TIFF format. Colored pages, photographs or other documents among such paper documents that would otherwise loose the color format should be scanned in.JPEG, .PDF or other standard color format.

  I. All documents shall be produced as they are kept in the usual or ordinary course of business with any identifying labels, file markings or similar identifying features, and shall be organized and segregated in accordance with the numbered and lettered paragraphs and subparagraphs herein, pursuant to Fed.R.Civ.P. 45, made applicable in bankruptcy cases by Fed.R.Bankr.P. 9016.

  J. All requests herein refer to the period from **November 1, 2018,** to the date of production, unless otherwise specifically indicated, and shall include all documents and information that relate to such period, even though prepared, generated or published prior to or subsequent to that period.

  K. The Examinee is requested to **electronically** produce all documents described on the attached **Exhibit "A"** on or before **February 24, 2023**, to *paula.martinez@dunnlawpa.com*, and *rbasnueva@dunnlawpa.com*. To facilitate electronic production of Examinee's responses to the Notice, a Dropbox link will be provided to Examinee's counsel.

## DOCUMENT REQUESTS

**A. Real Property**

  1. All documents that evidence, refer or relate to any real property owned or occupied by You, individually or jointly with another person or entity, or that You have an equitable interest in, anywhere in the world, from December 2018 through present, including but not limited to:

   a) **22 NE 24th Ter, Cape Coral, FL 33909**

  2. Complete copy of the closing file, including, without limitation, copies of any and all promissory notes, mortgages, HUD-1s, listing agreements, closing statements, settlement statements, addendums, deeds, mortgage or refinance loan applications, most recent payoff statement, payment documents, for all real property in which You have or had an interest in from December of 2018 through present.

  3. Copy of any lease, rental agreement, purchase agreement, and/or sale agreement or contract with respect to any real property that You used, occupied, possessed, owned, rented, or controlled from December 2018 to the date of Your response.

  4. All documents related to any proceeds You received from the sale, transfer, or other disposition of any real property from December 2018 through the date of Your response.

**B. Personal Property**

  5. Clear, color photographs of all personal and business property, whether You claim an interest in the property or not, both of full room and wide-view and close-ups of any household goods and furnishings, electronics, and all other valuables, including but not limited to *undisclosed* gaming console, and *undisclosed* cell phone.

6. All documentation relating to **any motor vehicles, motorcycles, recreational vehicles, motorhomes, trailers, any vessels, watercraft, aircraft, trailers and/or related accessories** owned by or in possession of You (whether owned by You or an entity that You are affiliated with, or held in trust by You), including, without limitation, recent appraisals, valuations, certificates of title, registrations, proof of insurance, proof of purchase, lienholder and payoff information, co-owner information, co-registrant information, lease information, proof of sale or transfer including consideration, full name and address of transferee, date of transfer, and relationship to You.

**C.    Personal Financial**

7. Provide a complete copy of Your credit report as of the date of production.

8. Copies of all bank statements (monthly or periodic) and records (including, but not limited to, ledger accounts, **deposit slips**, **cancelled checks** (front and back), **signature cards**, **wire transfer receipts**, check registers, check stubs, debit or credit advices or memos and wire transfers) for **all bank accounts, both open and closed, personal or business**, **including all virtual bank or merchant accounts (such as PayPal, Venmo, CashApp, ApplePay)** and , in any and all financial institutions, anywhere (foreign or domestic), from **December 2018 to present**, that are in Your name, where you are named as joint owner, and where You are an authorized signer or are an interested party of any kind, including but not limited to:

    a. **Wells Fargo Bank Checking Account x8352**
    b. **Space Coast Credit Union Checking x7217**
    c. **Space Coast Credit Union Savings x1700**
    d. **Robinhood Account x9622**
    e. **Coinbase Account**
    f. **Moonpay Account** *(undisclosed)*
        i. Please see Wells Fargo Bank Checking Account x8352, transfer to Moonpay on 8/25/2022

9. Any and all documents relating to any cash withdrawals from, or transfers between, any of Your bank accounts in the last two (2) years up to and including the Petition Date for $500 or more, and a description and supporting documents regarding the use of the funds.

10. Full accounting of all funds withdrawn from any retirement accounts, including Your 401(k) accounts (whether individual or employer sponsored), within four (4) years of the Petition Date, including account statements, withdrawal authorizations, and a description of what the funds were used for.

11. Any and all documents or applications submitted to any bank, financial institution, the Small Business Administration, the State of Florida (Florida Department of Economic Opportunity), or any other person or entity, by You, for any funding, loan or advance, in any capacity (borrower, guarantor, or surety) from March 2020, to present for any and all **Coronavirus (COVID-19) Relief**.

12. All documents that evidence, refer or relate to any interest in, or claimed title to, any financial instruments, accounts, or securities, including but not limited to: certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits, note receivables, pledges,

security interests, stocks, bonds, mutual funds, debentures, retirement accounts, 401(k) accounts, annuities, (whether individual or employer sponsored), stock options or profit-sharing plans, or other investment, either owned by You or held for Your benefit.

13. All documents that evidence, refer or relate to any account into which any of Your earnings or other income, including any of Your income as **president/owner of H&E Auto Group Corp and manager/owner of Select Developers LLC.**, that has been deposited from December 2018 to present, whether You continue to have an interest in these entities or not.

14. All documents that evidence, refer or relate to You having authority to access any safe-deposit box or other bank-secured area, from December 2018 to present.

15. Signed copies of all local, state and federal tax returns for the years 2018 through 2022 filed by You or on Your behalf including all supporting forms, schedules and documentation, such as Form K-1, Form W-2, Forms 1099 and 1098, and W-4 tax withholding forms, including any amendments.

16. Complete financial records of all cryptocurrencies, NFTs, digital assets, that you hold or have either bought, sold, sent, exchanged, or otherwise acquired any interest in from December 2018 to present, including but not limited to a complete transaction report, annual gain/loss report, 1099 forms received from any exchange platforms.

17. Complete access information/login credentials of all applications, platforms, hard drives, cold wallets, utilized since December 2018 to present, to buy, sell, store, any cryptocurrencies, NFTs, digital assets.

   a) As to hard drives and cold wallets, please specify the type of device, the amount of cryptocurrency held, the location of the wallet, the names of individuals who have the private keys to access the wallet, the last date any digital asset was sent from each device, and a list of transaction made from each device to any other wallet/device.

**D. Business Interests**

18. All documents that evidence, refer or relate to Your ownership interest in any business entity in the world, such as a corporation, limited liability company, partnership, a limited partnership, a limited liability partnership, a limited liability limited partnership, a professional association and a professional corporation, from November 2018 to present, including but not limited to:

   a) **H&E Auto Group Corp**

   b) **Select Developers LLC**

19. Provide a USB flash-drive, portable drive, disc, or hard copies of all of the private/direct messages sent via Facebook, WhatsApp, Instagram, or any other social media platform, that relates to the business dealings/transactions of any of the entities listed in request number 18 *supra*, or any other business entity in the world in which You have or had an ownership, equitable, beneficial or other interest in from December 2018 to present.

20. All documents that evidence, refer or relate to **Coronavirus (COVID-19) Relief** for any entity in the world in which You have or had an ownership, equitable, beneficial or other interest in, including any business interest identified in request number 18, *supra*.

21. Signed copies of all local, state and federal tax returns for the years 2018 through 2022, **including all supporting forms, schedules and documentation**, such as K-1s, W-2s, 1099 and 1098 forms, and W-4 tax withholding forms, filed by or for any entity in which You have or had an ownership, equitable, beneficial or other interest in, including any business interest identified request number 18, *supra*. This request includes payroll tax returns and tangible personal property tax returns.

22. All **corporate documents** without limitation, any revised or amended versions, from November 2018 to present, including but not limited to articles of incorporation, bylaws, shareholder agreements, operating agreements, meeting minutes, corporate resolutions, stock certificates, and actions by consent of shareholders, for any entity in which You have or had an ownership, equitable, beneficial or other interest in since December 2018, including any business interest identified in request number 18, *supra*.

23. Copies of all **corporate financial documents** (including, but not limited to, payroll records, signed payroll tax returns, profit and loss statements, general ledgers, accounts receivable, inventory, accounts payable), from December 2018 to present, for any entity in the world in which You have or had an ownership, equitable, beneficial or other interest in since December 2018, including any business interest identified in request number 18, *supra*.

24. Complete list of all **inventory and assets** for H&E Auto Group Corp and Select Developers LLC from December 2018 to present.

25. Complete accounting of all **income** derived from any real estate dealings for H&E Auto Group Corp and Select Developers LLC from December 2018 to present.

26. Complete copies of all **business records**, from December 2018 to present, for any entity in which You have or had an ownership, equitable, beneficial or other interest in from November 2018 to present, including any business interest identified in request number 18, *supra*, from December 2018 to present, including but not limited to, occupational licenses, business and transport licenses (federal, state, county, city), patents, financing statements, factoring agreements, financing agreements, franchise agreements, consulting agreements, distribution agreements, employment agreements, partnership agreements, seller agreements, licenses, copyright and trademark, intellectual property, website detail, fictitious name information, non-proprietary manufacturing agreements, assignments, pledges, and financial statements.

27. Any and all documents evidencing any funds or property transferred to You **from any and all real estate dealings or from any other service rendered as part of Your management, employment, job duties, and business operations with Select Developers LLC** from December 2018 to present, including but not limited to: payroll records, commission records, banking statements, cancelled checks (front and back), drafts, cash receipts, deposit slips, wire transfers, and/or any other document that refers, relates to and evidences such transfer.

28. Any and all documents evidencing any funds or property transferred to You **from any and all vehicle sales, used/new car dealings, and business operations with H&E Auto**

8

**Group Corp** from December 2018 to present, including but not limited to: payroll records, commission records, vehicle sales records, receipts/records evidencing return of vehicle(s) to secured creditors, banking statements, cancelled checks (front and back), drafts, cash receipts, deposit slips, wire transfers, and/or any other document that refers, relates to and evidences such transfers.

29. Complete contact information for all accountants, bookkeepers or tax preparers for H&E Auto Group Corp and Select Developers LLC, from **December 2018 to present**.

30. All documentation and information regarding any and all transfers of money, property, contributions, loans, investments, gifts, cash withdrawals, or payments over $500.00, made to any person and or any entity outside of the ordinary course of business (including, without limitation, any shareholders, principals, officers, directors, owners, employees, contractors or agents of Yours), **from December 2018 to present** by any entity in which You have or had an ownership, equitable, beneficial or other interest in since December 2018, including, including any business interest identified in request number 18, *supra*.

**E. General / Other**

31. Any and all documents that evidence, refer or relate to any lawsuit, court action, or administrative proceeding, such as personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, evictions, foreclosures, contract disputes, probate, auto accidents, and any other proceeding, from December 2018 to present.

32. Any and all documents that evidence, refer or relate to any trust in which You are a settlor, trustee, or beneficiary.

33. Any and all documents that evidence, refer or relate to any Will in which You are a beneficiary or personal representative.

34. All documentation and information regarding any and all transfers of money, contributions, investments, property, loans, gifts over $500.00 made by You to any person, party or entity, from **December 2018 to present**, including but not limited to transfers made to:

   a) Bassam M Almanla
   b) Jorge L Martin
   c) S&S Auto Sales & Transport Inc d/b/a Royal Motors of Miami
   d) Second Avenue SFR Holdings II LLC

* * *

**The Trustee reserves the right to request additional documents as the investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**