

ORDERED in the Southern District of Florida on February 9, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

HECTOR GRASS, JR.,                        Case No.: 22-19554-RAM
                                          Chapter 7
    Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S AGREED *EX-PARTE* MOTION FOR (1) EXTENSION OF TIME FOR TRUSTEE TO OBJECT TO THE DEBTOR'S CLAIMED EXEMPTIONS; AND (2) EXTENSION OF TIME FOR TRUSTEE AND OFFICE OF THE UNITED STATES TRUSTEE TO FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

THIS MATTER came before the Court upon the Chapter 7 Trustee, Marcia T. Dunn's ("Trustee") *Agreed Ex-Parte Motion for (1) Extension of Time for Trustee to Object to the Debtor's Claimed Exemptions; and (2) Extension of Time for Trustee and Office of the United States Trustee to File a Complaint Objecting to Debtor's Discharge* (the "Motion") [D.E. 18]. The Court, having considered the record and reviewed the Motion, and acknowledging the agreement between the parties hereto to the relief requested therein, and for good cause shown, does hereby

**ORDER and ADJUDGE** that:

1. The Trustee's Motion is GRANTED.

2. The deadline for the Trustee to file any objections to the Debtor's claimed exemptions is extended through and including <u>April 17, 2023</u>.

3. The deadline for the Trustee and the Office of the United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727, is extended through and including <u>April 17, 2023</u>.

4. These extensions are without prejudice as to the Trustee and the Office of the United States Trustee seeking further extensions by agreement or otherwise.

#   #   #

**Submitted by:**

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

*Attorney Dunn is directed to serve a conformed copy of this Order upon the Debtor(s) and to file a certificate of service with the Court.*