## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

HECTOR GRASS, JR.,                                    Case No.: 22-19554-RAM
                                                      Chapter 7
    Debtor.
_____/

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the *Order Granting Chapter 7 Trustee's Agreed Ex-Parte Motion for (1) Extension of Time for Trustee to Object to the Debtor's Claimed Exemptions; and (2) Extension of Time for Trustee and Office of the United States Trustee to File a Complaint Objecting to Debtor's Discharge* [D.E. 20], was served by U.S. mail on this 14th day of February, 2023, upon Debtor:

Hector Grass, Jr.
6110 NW 114 St
Hialeah, FL 33012-6577

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 14th day of February, 2023, upon all registered users in this case.

                                   **DUNN LAW, P.A.**
                                   *Counsel for Marcia T. Dunn, Trustee*
                                   66 West Flagler Street, Suite 400
                                   Miami, Florida 33130
                                   Tel: 786-433-3866
                                   Fax: 786-260-0269
                                   michael.dunn@dunnlawpa.com

                        By:    */s/ Michael P. Dunn*
                               Michael P. Dunn, Esq.
                               Florida Bar No. 100705