## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

HECTOR GRASS, JR.,                          Case No.: 22-19554-RAM
                                            Chapter 7

        Debtor.

_____/

### CHAPTER 7 TRUSTEE'S SECOND AGREED *EX-PARTE* MOTION FOR (1) EXTENSION OF TIME FOR TRUSTEE TO OBJECT TO THE DEBTOR'S CLAIMED EXEMPTIONS; AND (2) EXTENSION OF TIME FOR TRUSTEE AND OFFICE OF THE UNITED STATES TRUSTEE TO FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE

MARCIA T. DUNN, as Chapter 7 Trustee (the "Trustee") of the above-captioned bankruptcy estate, by and through undersigned counsel, pursuant to 11 U.S.C. § 727, Fed. R. Bankr. P. 4003(b) and 4004(b), and Local Rules 9013-1(C)(5)(a) and (6), seeks the entry of an *ex-parte* order extending the time (1) within which the Trustee may object to the Debtor's claimed exemptions; and (2) within which the Trustee and the Office of the United States Trustee (the "UST") may file a complaint objecting to the Debtor's discharge, and in support states as follows:

### JURISDICTION

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper in this District pursuant to 28 U.S.C. § 1409.

### BACKGROUND

2.      On December 15, 2022, (the "Petition Date") Hector Grass, Jr. (the "Debtor"), commenced the instant bankruptcy case with the filing of an individual voluntary petition under Chapter 7, Title 11 of the United States Bankruptcy Code.

3.      Marcia T. Dunn is the duly appointed Chapter 7 Trustee of the Debtor's bankruptcy estate (the "Estate").

4.      On January 17, 2023, the Debtor's First Meeting of Creditors pursuant to 11 U.S.C. §341 was held and concluded (the "341 Meeting").

5.      The current deadline to file an objection to the Debtor's claimed exemptions is April 17, 2023, in accordance with the Court's Order entered on February 16, 2023 [D.E. 24], granting the Trustee's agreed *ex-parte* motion to extend the deadline to object to the Debtor's claimed exemptions [D.E. 23].

6.      The current deadline to file a complaint objection to the Debtor's discharge under 11 U.S.C. § 727 is April 17, 2023, in accordance with the Court's Order entered on February 16, 2023 [D.E. 24], granting the Trustee's agreed *ex-parte* motion to extend the deadline for the Trustee and the UST to file a complaint objecting to the Debtor's discharge [D.E. 23].

7.      On February 8, 2023, the Trustee issued a Notice of Taking Rule 2004 Examination Duces Tecum upon the Debtor (the "Notice"), requesting documents and information to be produced by the Debtor no later than February 24, 2023.

8.      On or about March 6, 2023, and Match 14, 2023, the Debtor produced documents and information in response to the Notice. After review of the information provided by the Debtor in response to the Notice, the Trustee has requested additional information and documents regaring the Debtor's financial accounts.

## **RELIEF REQUESTED**

9.      The Trustee seeks an extension of time to file an objection to the Debtor's claimed exemptions, through and including May 17, 2023, and an extension of time is sought for the Trustee and the UST to file a complaint objecting to the Debtor's discharge, through and including May 17, 2023, to allow additional time for the Trustee to complete discovery and case investigation regarding possible assets and claims of the Estate.

10.     Consent for the relief requested herein was obtained from Debtor's counsel by e-mail.

11.     This Motion is filed in good faith and not for dilatory purposes.

12.     Attached as *Exhibit "A"* is a form of order granting the relief requested herein.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an *ex-parte* order (1) granting Trustee's Motion; (2) extending the Trustee's deadline to object to the Debtor's claimed exemptions through and including May 17, 2023; (3) extending the Trustee and UST's deadline to file a complaint objecting to the Debtor's discharge through and including May 17, 2023; and (4) granting such other and further relief as this Court may deem just and proper.

Respectfully submitted this 17th day of April, 2023.

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

By: */s/ Michael P. Dunn*
     Michael P. Dunn, Esq.
     Florida Bar No. 100705

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 17, 2023, a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) upon all registered users in this case; and via first class U.S. Mail on upon Debtor:

Hector Grass, Jr.
6110 NW 114 St
Hialeah, FL 33012-6577

By: */s/ Michael P. Dunn*
Michael P. Dunn, Esq.
Florida Bar No. 100705

## EXHIBIT "A"
### *Proposed Order*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

HECTOR GRASS, JR.,                    Case No.: 22-19554-RAM
                                      Chapter 7

      Debtor.

_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S SECOND AGREED *EX-PARTE* MOTION
FOR (1) EXTENSION OF TIME FOR TRUSTEE TO OBJECT TO THE DEBTOR'S
CLAIMED EXEMPTIONS; AND (2) EXTENSION OF TIME FOR TRUSTEE
AND OFFICE OF THE UNITED STATES TRUSTEE TO FILE A
COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

THIS MATTER came before the Court upon the Chapter 7 Trustee, Marcia T. Dunn's

("Trustee") *Second Agreed Ex-Parte Motion for (1) Extension of Time for Trustee to Object to the*

*Debtor's Claimed Exemptions; and (2) Extension of Time for Trustee and Office of the United*

*States Trustee to File a Complaint Objecting to Debtor's Discharge* (the "Motion") [D.E. ____].

The Court, having considered the record and reviewed the Motion, and acknowledging the

agreement between the parties hereto to the relief requested therein, and for good cause shown, does hereby

**ORDER and ADJUDGE** that:

1.      The Trustee's Motion is GRANTED.

2.      The deadline for the Trustee to file any objections to the Debtor's claimed exemptions is extended through and including May 17, 2023.

3.      The deadline for the Trustee and the Office of the United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727, is extended through and including May 17, 2023.

4.      These extensions are without prejudice as to the Trustee and the Office of the United States Trustee seeking further extensions by agreement or otherwise.

#        #        #

**Submitted by:**

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

*Attorney Dunn is directed to serve a conformed copy of this Order upon the Debtor(s) and to file a certificate of service with the Court.*