United States Bankruptcy Court
Southern District of Florida

In re:                                                                          Case No. 22-19554-RAM

Hector Grass, Jr.                                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1                    User: admin                                      Page 1 of 2

Date Rcvd: Apr 19, 2023                 Form ID: CGFC1                           Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hector Grass, Jr., 6110 NW 114 St, Hialeah, FL 33012-6577 |
| 96789095 | + | Western Surety Company, c/o CNA Surety, 151 N Franklin St, 17th Floor, Chicago, IL 60606-1915 |
| 96789096 | + | Westlake Flooring Company, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Apr 20 2023 02:17:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 19 2023 22:39:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 96789088 | + | Email/Text: fileroom@rubin-levin.net | Apr 19 2023 22:40:00 | Automotive Finance Corporation, c/o Rubin & Levin, P.C., 135 N Pennsylvania St # 1400, Indianapolis, IN 46204-2489 |
| 96789090 | | EDI: IRS.COM | Apr 20 2023 02:18:00 | Department of the Treasury, Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 96789092 | + | Email/Text: bankruptcy@discoverdsc.com | Apr 19 2023 22:38:00 | NextGear Capital, Inc., c/o Michael G. Gibson, Esq., 1320 City Center Dr # 100, Carmel, IN 46032-3816 |
| 96789093 | + | EDI: WFFC2 | Apr 20 2023 02:18:00 | Wells Fargo Bank, N.A., 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 96789094 | + | EDI: WFFC2 | Apr 20 2023 02:18:00 | Wells Fargo Bank, N.A., PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96789089 | * | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96789091 | ##+ | H&E Auto Group Corp, 790 E 8 Ave, Hialeah, FL 33010-4614 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 113C-1        User: admin        Page 2 of 2
Date Rcvd: Apr 19, 2023        Form ID: CGFC1        Total Noticed: 10

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jonathan S Leiderman | on behalf of Debtor Hector Grass  Jr. jsl@lss.law, zbs@lss.law;info@lss.law;jleiderman@ecf.inforuptcy.com |
| Marcia T Dunn | mdunn@dunnlawpa.com  acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com |
| Michael P Dunn | on behalf of Trustee Marcia T Dunn michael.dunn@dunnlawpa.com  rbasnueva@dunnlawpa.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Paula Martinez | on behalf of Trustee Marcia T Dunn paula.martinez@dunnlawpa.com  rbasnueva@dunnlawpa.com |

TOTAL: 5

Form CGFC1 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 22–19554–RAM

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Hector Grass Jr.
6110 NW 114 St
Hialeah, FL 33012–6577

SSN: xxx–xx–7890

## NOTICE OF DEADLINE TO FILE CLAIMS

The trustee has filed a Notice of Assets in this case. **NOTICE IS HEREBY GIVEN THAT:**

All nongovernmental creditors of the above–named estate are required to file their claims pursuant to Bankruptcy Rule 3002(c)(5) on or before **7/20/23** in order to participate in the distribution of available funds. Pursuant to 11 U.S.C. § 502(b)(9), the deadline for filing claims by governmental units shall be the claims deadline set forth in this notice or 180 days after the date relief was ordered under chapter 7, whichever is later. Claims should be filed using the Official Form 410 Proof of Claim available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
301 North Miami Avenue, Room 150
Miami, FL 33128

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated: 4/19/23**

**CLERK OF COURT**
By: admin
Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.