UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

HECTOR GRASS, JR.,                             Case No.: 22-19554-RAM
                                               Chapter 7
      Debtor.
_____/

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the *Order Granting Chapter 7 Trustee's Second Agreed Ex-Parte Motion for (1) Extension of Time for Trustee to Object to the Debtor's Claimed Exemptions; and (2) Extension of Time for Trustee and Office of the United States Trustee to File a Complaint Objecting to Debtor's Discharge (D.E. 22)* [D.E. 25], was served by U.S. mail on this 25th day of April, 2023, upon Debtor:

Hector Grass, Jr.
6110 NW 114 St
Hialeah, FL 33012-6577

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 25th day of April, 2023, upon all registered users in this case.

                                        **DUNN LAW, P.A.**
                                        *Counsel for Marcia T. Dunn, Trustee*
                                        66 West Flagler Street, Suite 400
                                        Miami, Florida 33130
                                        Tel: 786-433-3866
                                        Fax: 786-260-0269
                                        michael.dunn@dunnlawpa.com

                                        By:    */s/ Michael P. Dunn*
                                                     Michael P. Dunn, Esq.
                                                     Florida Bar No. 100705

1