

ORDERED in the Southern District of Florida on May 18, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

  HECTOR GRASS, JR.,                              Case No.: 22-19554-RAM
                                                        Chapter 7
       Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S THIRD AGREED *EX-PARTE* MOTION FOR EXTENSION OF TIME FOR TRUSTEE AND OFFICE OF THE UNITED STATES TRUSTEE TO FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

THIS MATTER came before the Court upon the Chapter 7 Trustee, Marcia T. Dunn's ("Trustee") *Third Agreed Ex-Parte Motion for Extension of Time for Trustee and Office of the United States Trustee to File a Complaint Objecting to Debtor's Discharge* (the "Motion") [D.E. 29]. The Court, having considered the record and reviewed the Motion, and acknowledging the agreement between the parties hereto to the relief requested therein, and for good cause shown, does hereby

**ORDER and ADJUDGE** that:

1. The Trustee's Motion is GRANTED.

2. The deadline for the Trustee and the Office of the United States Trustee to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727, is extended through and including <u>June 19, 2023</u>.

3. This extension is without prejudice as to the Trustee and the Office of the United States Trustee seeking further extensions by agreement or otherwise.

#     #     #

**Submitted by:**

Michael P. Dunn, Esq.
Florida Bar No. 100705
DUNN LAW, P.A.
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

*Attorney Dunn is directed to serve a conformed copy of this Order upon the Debtor(s) and to file a certificate of service with the Court.*