UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

HECTOR GRASS, JR.,   Case No.: 22-19554-RAM
                     Chapter 7
    Debtor.
_____/

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the *Order Granting Chapter 7 Trustee's Third Agreed Ex-Parte Motion for Extension of Time for Trustee and Office of the United States Trustee to File a Complaint Objecting to Debtor's Discharge* [D.E. 31], was served by U.S. mail on this 31st day of May, 2023, upon Debtor:

Hector Grass, Jr.
6110 NW 114 St
Hialeah, FL 33012-6577

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 31st day of May, 2023, upon all registered users in this case.

    **DUNN LAW, P.A.**
    *Counsel for Marcia T. Dunn, Trustee*
    66 West Flagler Street, Suite 400
    Miami, Florida 33130
    Tel: 786-433-3866
    Fax: 786-260-0269
    michael.dunn@dunnlawpa.com

By:   */s/ Michael P. Dunn*
       Michael P. Dunn, Esq.
       Florida Bar No. 100705