United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                            Case No. 22-19554-RAM
Hector Grass, Jr.                                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1             User: admin             Page 1 of 2
Date Rcvd: Jun 28, 2023             Form ID: 318             Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Hector Grass, Jr., 6110 NW 114 St, Hialeah, FL 33012-6577 |
| 96789095 | + | Western Surety Company, c/o CNA Surety, 151 N Franklin St, 17th Floor, Chicago, IL 60606-1915 |
| 96971287 | + | Westlake Flooring Company LLC, c/o James R. Liebler, II, Esq., Liebler, Gonzalez & Portuondo, 44 W Flagler St - 25th Floor, Miami, FL 33130-1817 |
| 96789096 | + | Westlake Flooring Company, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Jun 29 2023 02:52:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 28 2023 23:32:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 96789088 | + | Email/Text: fileroom@rubin-levin.net | Jun 28 2023 23:34:00 | Automotive Finance Corporation, c/o Rubin & Levin, P.C., 135 N Pennsylvania St # 1400, Indianapolis, IN 46204-2489 |
| 96789090 | | EDI: IRS.COM | Jun 29 2023 02:52:00 | Department of the Treasury, Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 96789092 | + | Email/Text: bankruptcy@discoverdsc.com | Jun 28 2023 23:28:00 | NextGear Capital, Inc., c/o Michael G. Gibson, Esq., 1320 City Center Dr # 100, Carmel, IN 46032-3816 |
| 96991706 | + | Email/Text: bankruptcy@discoverdsc.com | Jun 28 2023 23:28:00 | NextGear Capital, Inc., 11799 North College Avenue, Carmel, IN 46032-5605 |
| 96789093 | + | EDI: WFFC2 | Jun 29 2023 02:52:00 | Wells Fargo Bank, N.A., 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 96789094 | + | EDI: WFFC2 | Jun 29 2023 02:52:00 | Wells Fargo Bank, N.A., PO Box 14517, Des Moines, IA 50306-3517 |
| 96956458 | | EDI: WFFC2 | Jun 29 2023 02:52:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason   Name and Address**

| District/off: 113C-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: 318 | Total Noticed: 13 |

| 96789089 | * | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96789091 | ##+ | H&E Auto Group Corp, 790 E 8 Ave, Hialeah, FL 33010-4614 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Randolph Liebler | on behalf of Creditor Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| Jonathan S Leiderman | on behalf of Debtor Hector Grass  Jr. jsl@lss.law, zbs@lss.law;info@lss.law;jleiderman@ecf.inforuptcy.com |
| Marcia T Dunn | mdunn@dunnlawpa.com  acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com |
| Michael P Dunn | on behalf of Trustee Marcia T Dunn michael.dunn@dunnlawpa.com  rbasnueva@dunnlawpa.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Paula Martinez | on behalf of Trustee Marcia T Dunn paula.martinez@dunnlawpa.com  rbasnueva@dunnlawpa.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Hector Grass Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7890<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Southern District of Florida | |
| Case number: | 22–19554–RAM | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Hector Grass Jr.**

June 28, 2023

**By the court:** _____

**Robert A Mark**
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**