CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on August 10, 2023**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 22−19554−RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Hector Grass Jr.
6110 NW 114 St
Hialeah, FL 33012−6577

SSN: xxx−xx−7890

## FINAL DECREE

The trustee, Marcia T Dunn, having filed a final report that the estate has been fully administered, is discharged and the case is closed.